Liberty Maintenance, Inc. v Alliant Ins. Servs., Inc. (2025 NY Slip Op 00622)

Liberty Maintenance, Inc. v Alliant Ins. Servs., Inc.

2025 NY Slip Op 00622

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, GREENWOOD, AND HANNAH, JJ. (Filed Jan. 31, 2025.) 

MOTION NO. (611/24) CA 23-01982.

[*1]LIBERTY MAINTENANCE, INC., PLAINTIFF-RESPONDENT, 
v
ALLIANT INSURANCE SERVICES, INC., DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER Motion for leave to appeal to the Court of Appeals denied.